**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:   BARAAH B. EL-HAIK, | Case No. 25-03956 |
| | Chapter 7 |
| Debtor. | Hon. Deborah L. Thorne |
| _____/ | |
| AMERICAN EXPRESS NATIONAL BANK, | |
| Plaintiff, | Adv. Proc. No. |
| v. | |
| BARAAH B. EL-HAIK aka BARAAH EL HAIK, | |
| Defendant. | |
| _____/ | |

**CORPORATE OWNERSHIP STATEMENT**

American Express National Bank, a national bank, is a wholly owned subsidiary of AMEX TRS Co., Inc., a New York corporation which is wholly owned by American Express Company, a New York corporation which is publicly owned and traded.

                                              Respectfully submitted,
                                              Attorneys for Plaintiff

Dated: _____       By: _____
                                              Christopher H. Purcell  ARDC #6244763
                                              Sherman & Purcell, LTD.
                                              P.O. Box 67
                                              Cary, IL 60013
                                              Telephone: (312) 372-1487
                                              Email: shermlaw13@aol.com